IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANA BECK                                                                                             PLAINTIFF

v.                              Case No. 3:19-cv-00066 KGB

KUM & GO, L.C., *et al.*                                                                         DEFENDANTS

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 72). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear his or its own costs, attorney's fees, and expenses of litigation.

All parties filed, and all claims are addressed by, this joint stipulation. As a result, the Court denies as moot all outstanding pending motions (Dkt. Nos. 24; 27; 29; 36; 39; 44; 48; 50; 55; 57; 60; 68; 70).

It is so ordered this 22nd day of July, 2020.

_____
Kristine G. Baker
United States District Judge